UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Brenda Kelly , | ) | CASE NO. 1:17-cv-02159 |
| | ) | |
| Plaintiff(s), | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| Ohio Department of Developmental Disabilities, | ) | |
| Defendant(s). | ) | REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND L.R. 16.3(b) |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on December 28 , 20 17 , and was attended by:

David J. Steiner _____ counsel for plaintiff(s) Brenda Kelly _____

_____ counsel for plaintiff(s) _____

Erin Butcher _____ counsel for defendant(s) Department of Developmental Disabilities

_____ counsel for defendant(s) _____

2. The parties:

____ have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order;

 X   will exchange such disclosures by January 12 _____ , 20 18 ;

____ have not been required to make initial disclosures.

3. The parties recommend the following track:

___ Expedited  X  Standard ___ Complex ___ Administrative ___ Mass Tort

4. Pursuant to Local Rule 5.1(c) all documents must be electronically filed absent a showing of good cause.

5. This case **is** suitable for one or more of the following Alternative Dispute Resolution (ADR) mechanisms:

  X  Early Neutral Evaluation  X  Mediation _____ Arbitration.

_____ Case **is not** suitable for ADR at this time but may be after discovery.

_____ Case **is not** suitable for ADR at any time.

6. The parties _____ do/  X  do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. Recommended Discovery Plan:

(a) Describe the subjects, nature and extent of discovery

The parties intend to engage in discovery on all issues raised in the complaint and the answer, including but not limited to personnel files, audio recordings, and depositions.

(b) Non-Expert discovery cut-off date: October 1, 2018

(c) Plaintiff's expert report due date: August 1, 2018

(d) Defendant's expert report due date: August 31, 2018

(e) Expert discovery cut-off date: October 1, 2018

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: February 2, 2018

9. Recommended dispositive motion date: October 31, 2018

10. Recommended date for a Status Hearing/Settlement Conference: July 30, 2018

11. Other matters for the attention of the Court: _____

/s/ David J. Steiner
Attorney for Plaintiff(s) Brenda Kelly

_____
Attorney for Plaintiff(s)_____

/s/ Erin E. Butcher
Attorney for Defendant(s) Department of Developmental
                                    Disabilities

_____
Attorney for Defendant(s)_____